# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK ALLEN WILLIAMS,
Appellant,
vs.
ISIDRO BACA, WARDEN,
Respondent.

No. 75348

**FILED**

DEC 17 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James Todd Russell, Judge.

Appellant Mark Allen Williams challenged the computation of time served on his judgment of conviction, arguing that the credits he earned under NRS 209.4465 should be applied to the minimum term of his sentence as provided in NRS 209.4465(7). Because a parole hearing would be the only relief available if the Department of Corrections had not properly applied credits to Williams' minimum term and it appeared that Williams may have been paroled while this appeal was pending, this court ordered a response from the State as to his custody status. The State responded and provided documentation showing that Williams has been paroled from his final sentence. We therefore cannot grant Williams any further relief on his computation claim. *Williams v. State, Dep't of Corrs.*, 133 Nev. 594, 600 n.7, 402 P.3d 1260, 1265 n.7 (2017) ("Because the application of credits under NRS 209.4465(7)(b) only serves to make an offender eligible for parole earlier, no relief can be afforded where the

21-35986

offender has already expired his sentence or appeared before the parole board on the sentence." (citation omitted)). Accordingly, we

ORDER the judgment of the district court AFFIRMED.[1]

_____, C.J.
Hardesty

_____, J.
Herndon

_____, Sr.J.
Gibbons

cc: Hon. James Todd Russell, District Judge
Mark Allen Williams
Adam Paul Laxalt
Attorney General/Carson City
Carson City Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.